V. R. WILSON v. STATE.

No. A-1925.   Opinion Filed February 4, 1914.

Appeal from County Court, Love County;
R. A. Keller, Judge.

V. R. Wilson was convicted of a violation of the prohibitory law, and appeals. Reversed.

B. C. Logsdon, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM.   V. B. Wilson, plaintiff in error, was tried and convicted upon an information which charged the unlawful conveyance of intoxicating liquor, and on the 10th day of October, 1912, he was sentenced to be confined for thirty days in the county jail, and to pay a fine of fifty dollars. Upon a careful examination of the record, we find no error sufficient to justify a reversal of the judgment. The judgment of conviction is therefore affirmed.